UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIO FLORES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　Defendant. | No. 2:24-cv-00910-TLN-DMC<br><br>**ORDER** |

　　　　Plaintiff Eladio Flores ("Plaintiff"), who is proceeding *pro se* and *in forma pauperis*, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On August 28, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed August 28, 2024 (ECF No. 11) are ADOPTED IN FULL.

2. This action is DISMISSED with prejudice.

3. The Clerk of the Court is directed to enter judgment and close this file.

Date: October 8, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE